**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6149**

UNITED STATES OF AMERICA,

　　　　　Plaintiff – Appellee,

　　v.

JAMES NIBLOCK,

　　　　　Defendant – Appellant.

**No. 10-6606**

UNITED STATES OF AMERICA,

　　　　　Plaintiff – Appellee,

　　v.

JAMES NIBLOCK,

　　　　　Defendant – Appellant.

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, Gerald Bruce Lee, District Judges.  (1:02-cr-00568-GBL-1; 1:09-cv-00357-GBL)

Submitted:  June 1, 2010　　　　　Decided:  June 10, 2010

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

_____

James R. Niblock, Appellant Pro Se. Dana James Boente, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James R. Niblock seeks to appeal the district court's orders denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2009) motion. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that Niblock has not made the requisite showing. Accordingly, we deny Niblock's motion to remand the case, deny a certificate of appealability and dismiss the appeals. We dispense with oral argument because the facts and legal

3

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED